FILED'08 OCT 10 11:39USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORNUS CORPORATION,

                Civil No. 08-3030-CL

       Plaintiff,

   v.

GEAC ENTERPRISE SOLUTIONS, INC.,   **ORDER APPROVING CONTESTED**
et al.                        **REPORT AND RECOMMENDATION**

       Defendants.       **AND REMAND ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. <u>See</u> 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff has filed objections. I have given the file of this case <u>de</u> <u>novo</u> review. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v.</u> <u>Commodore Bus. Mach., Inc.</u>, 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I find no error in the Report and Recommendation. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#29) is adopted.

Plaintiff's Motion to Remand to state court (#19) is granted. Plaintiff's Motion to Strike Defendant's Reply in Support of Objections (#36) is denied as moot.

The case is dismissed.  A certified copy of this order of remand shall be mailed by the Clerk of the Court to the Clerk of the state court, along with the case file.

IT IS SO ORDERED.

DATED this __/0__ day of October, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER